# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00536-CV

**Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts of the State of Texas, Appellant**

**v.**

**M.I.S. Enterprises, Inc., Appellee**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003271, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts of the State of Texas, has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed: October 5, 2018